In the Matter of DANIEL E. GREEN, SR., Appellant, v DEBORAH E. BUSHNELL, Respondent. (Appeal No. 1.) [722 NYS2d 442] —Order unanimously affirmed without costs for reasons stated at Onondaga County Family Court, Rossi, J. (Appeal from Order of Onondaga County Family Court, Rossi, J.— Family Offense.) Present—Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.